**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
E-Mail: Dan.DeCarlo@lewisbrisbois.com
THOMAS S. KIDDE, SB# 61717
E-Mail: Thomas.Kidde@lewisbrisbois.com
JEAN M. KIM, SB# 309720
E-Mail: Jean.Kim@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Plaintiff INSURANCE KING AGENCY, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

INSURANCE KING AGENCY, INC., an Illinois corporation,

Plaintiff,

vs.

DIGITAL MEDIA SOLUTIONS, LLC, a Delaware Limited Liability Company, UNDERGROUND ELEPHANT D/B/A UE.CO and ZIPQUOTE.COM and DOES 1 through 10, inclusive,

Defendants.

Case No. 21-cv-1539 BAS DEB
*Judge: Hon. Cynthia A. Bashant*

**DECLARATION OF THOMAS S. KIDDE**

Filed Concurrently with MOTION FOR PRELIMINARY INJUNCTION

I, THOMAS S. KIDDÉ, declare as follows:

1. I am an attorney at law, duly licensed by the State of California and am a partner of Lewis Brisbois Bisgaard & Smith LLP, counsel for Insurance King Agency, Inc. ("King Agency") the Plaintiff in the above entitled action. This declaration is submitted in support of King Agency's Motion for Preliminary Injunction filed concurrently herein.

2. I have personal knowledge of the facts set forth herein, and if called as

a witness to testify thereto, I could competently and truthfully do so.

3. Attached hereto as Exhibit A are true and correct copies taken from the TESS system of the United States Patent and Trademark Office for the information related to the registered trademarks of King Agency for the marks "Insurance King" with a "Lion Logo", U.S. Registration No. 4,628,343 and INSURANCE KING®, Registration No. 4,628,341, (collectively "King Marks") both for "insurance brokerage services". Both of the King Marks are "incontestable" pursuant to Section 15 of the Lanham Act, 15 U.S.C. §1065.

4. Attached hereto as Exhibit B is a true and correct copy of a "Press Release" I obtained through a search on the Internet bearing a date of November 5, 2019 and relating to "DMS Acquires Insurtech Company UE.co, Creates DMS Insurance To Support Digital Performance Marketing Needs Of Insurance Companies & Agents."

5. Attached hereto as Exhibit C is a true and correct copy of two pages from the website of Digital Media Solutions LLC ("DMS") https://digitalmediasolutions.com ("DMS Website") which I obtained from the Internet on October 28, 2021.

6. Attached hereto as Exhibit D is a true and correct copy of a page from the DMS Website which I obtained from the Internet on November 13, 2021.

7. Attached hereto as Exhibit E is a true and correct copy of a page from https://ue.co regarding the acquisition of UE.co and Zipquote by DMS which I obtained from the Internet on October 28, 2021.

8. Attached hereto as Exhibit F is a true and correct copy of a Corporation – Statement of Information from the database of the California Secretary of State which I obtained on October 28, 2021 for UE AUTHORITY, CO. file date 06/17/2021, Document ID, GU13855.

9. Attached hereto as Exhibit G are true and correct copies of communications sent and received by Mr. DeCarlo of my firm regarding this matter,

specifically a letter dated May 20, 2021 to Digital Media Solutions, LLC, a letter received by Mr. DeCarlo from John C. Dore of Klein Moynihan Turco LLP dated May 21, 2021, an email from Mr. DeCarlo to Mr. Dore dated May 21, 2021, an email from Mr. Dore to Mr. DeCarlo dated June 1, 2021 and an email from Mr. DeCarlo to Mr. Dore dated June 2, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 29th day of November, 2021, at Los Angeles, California.

THOMAS S. KIDDÉ



# CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, a true and correct copy of the foregoing **DECLARATION OF THOMAS S. KIDDÉ** was filed electronically with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below. Parties may access this filing through the Court's electronic filing system.

| Jay T. Ramsey<br>**SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>**A LIMITED LIABILITY PARTNERSHIP**<br>**INCLUDING PROFESSIONAL CORPORATIONS**<br>jramsey@sheppardmullin.com<br>8427245420@fiings.docketbird.com<br>xmaurice@sheppardmullin.com |
|---|

By ______________________
Cora Ruvalcaba