**<u>EXHIBIT A</u>**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Nov 23 03:17:24 EST 2021*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:        OR  Jump  to record:    **Record 5 out of 11**

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# INSURANCE KING

| | |
|---|---|
| **Word Mark** | **INSURANCE KING** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Insurance brokerage services. FIRST USE: 20000401. FIRST USE IN COMMERCE: 20000401 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86221559 |
| **Filing Date** | March 14, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 12, 2014 |
| **Registration Number** | 4628341 |
| **Registration Date** | October 28, 2014 |
| **Owner** | (REGISTRANT) Insurance King Agency, Inc. DBA Insurance King CORPORATION ILLINOIS 127 N. Alpine Road Rockton ILLINOIS 61107 |
| **Attorney of Record** | Philip A. Nicolosi |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INSURANCE" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Nov 23 03:17:24 EST 2021*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:              OR   Jump   to record:        **Record 4 out of 11**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | **INSURANCE KING** |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Insurance brokerage services. FIRST USE: 20000401. FIRST USE IN COMMERCE: 20000401 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 03.01.01 - Lions<br>03.01.26 - Costumed cats, dogs, wolves, foxes, bears and those with human attributes<br>07.01.01 - Castles ; Forts ; Palaces<br>18.05.01 - Cabs, taxi ; Cars (not emergency) ; Hearses ; Limousines ; Race cars ; Taxicabs<br>24.11.02 - Crowns open at the top |
| **Serial Number** | 86221631 |
| **Filing Date** | March 14, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 12, 2014 |
| **Registration Number** | 4628343 |
| **Registration Date** | October 28, 2014 |
| **Owner** | (REGISTRANT) Insurance King Agency, Inc. DBA Insurance King CORPORATION ILLINOIS 127 N. Alpine Road Rockton ILLINOIS 61107 |
| **Attorney of** | Philip A. Nicolosi |

| | |
|---|---|
| **Record** | |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INSURANCE" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the words "INSURANCE KING" with a lion sitting in a convertible above the words. The lion has a crown on its head and to the left of the convertible is a path leading to a castle. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST |
|---|---|---|---|---|---|---|---|---|---|---|

| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |
|---|---|---|---|

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**<u>EXHIBIT B</u>**

Digital Media Solutions Acquires Insurtech Company UE.co



Contact DMS

Solutions
Approach
Adtech
About DMS
Contact Us

## DMS Press Releases

Email*

Connect With Your Audience At Scale

- Acquire New Customers
- Grow Website Traffic
- Monetize My Content
- Re-Engage Consumers
- Contact DMS

- How To / Best Practices
- What Is...?
- Contact DMS

- As Seen In...
- Press Releases
- Contact DMS

- Enjoying The Journey
- Work/Life Harmony
- DMS Team
- Contact DMS

- DMS Case Studies
- Careers @ DMS
- DMS Toolset
- DMS Solutions
- DMS Overview
- DMS Investor Info
- Contact DMS

## Share this Post

1. Home
2. The Latest News From DMS
3. DMS Acquires Insurtech Company UE.co, Creates DMS Insurance To Support Digital Performance Marketing Needs Of Insurance Companies

## DMS Acquires Insurtech Company UE.co, Creates DMS Insurance To Support Digital

# Performance Marketing Needs Of Insurance Companies

November 5, 2019
⬚ *Digital Media Solutions*

### CREATES DMS INSURANCE TO SUPPORT DIGITAL PERFORMANCE MARKETING NEEDS OF INSURANCE COMPANIES & AGENTS

**Clearwater, FL – November 5, 2019 –** Digital Media Solutions® (DMS), the largest single entry point for scalable and reliable people-based marketing solutions, announced its acquisition of insurtech company UE.co, including ZipQuote and the Comanche click platform. The newly created DMS Insurance™ brand, a division of Digital Media Solutions, will house the acquired brands and assets and continue supporting the digital performance marketing needs of the nation's largest insurers and their respective agent pools.

Insurance is a leading advertising vertical in the U.S., representing almost $8 billion in ad revenue in 2018. DMS Insurance launches into the market as a key player within the digital insurance advertising marketplace thanks to its comprehensive suite of products that connect high-intent consumers with our nation's largest auto, home, health and life insurance providers.

"Consumers are looking for optionality when it comes to insurance coverage, and insurers are competing with increasingly targeted campaigns and effective offers to match consumers with their policies," noted Joe Marinucci, CEO of Digital Media Solutions. "As insurance companies shift more of their advertising budgets to digital media to achieve greater accountability for their marketing spend, consolidation within the digital insurance marketplace is quickening. Prudential acquired Assurance, Lending Tree purchased QuoteWizard and now DMS has acquired UE.co and ZipQuote to capitalize on the projected growth of the digital insurance market and to serve the needs of both consumers and insurance providers."

UE.co, a San Diego-based provider of digital marketing software and services, launched into the insurance market in 2008 and quickly became a relied upon marketing partner for many of the industry's leading insurance providers. During its history, UE.co received numerous accolades including "Fastest Growing Company in San Diego" from the *San Diego Business Journal*. After 11 years at the helm, founder Jason Kulpa is leaving to pursue other opportunities. UE.co, rebranded as DMS Insurance, will be led by two of the original UE.co co-founders: Taryn Lomas, EVP of Insurance, and Keola Malone, EVP of Technology. Additional DMS Insurance leadership includes Matt Rihtar, SVP of Insurance. Colleen Liguori, previously part of the UE.co team, will be taking on the role of SVP of HR, supporting the global DMS team.

"The team and I are incredibly excited to write the next chapter of our story, as part of Team DMS," said Lomas. "DMS is very well respected for their ability to help brands scale their customer acquisition efforts quickly and effectively. With the global DMS team supporting us, DMS Insurance will be able to offer even more opportunities for growth to our insurance advertisers and our publisher partners."

The DMS Insurance team will be based in their current San Diego office with business continuing as usual for all their insurance company and agent clients.

## About Digital Media Solutions®

Digital Media Solutions, LLC (DMS), the largest single entry point for scalable and reliable people-based marketing solutions, deploys a robust database of consumer intelligence and leverages massive proprietary media distribution to provide customer acquisition campaigns that grow businesses, offer visibility into the customer experience and provide accountability for every media dollar spent. DMS continues to experience explosive year-over-year growth, with continuous recognition on the Inc. 5000 list, securing its sixth consecutive ranking in 2019, and the *Entrepreneur* magazine 360 list. Named one of America's "Best Places to Work" by *Inc.* magazine and awarded the 2018 Excellence in Lead Generation Award by the LeadsCouncil, DMS brings together some of the industry's most knowledgeable people, efficient processes and sophisticated technology across the digital marketing spectrum.

For more information about DMS, visit digitalmediasolutions.com. Keep up with DMS news at insights.digitalmediasolutions.com and connect with us on LinkedIn at www.linkedin.com/company/digital-media-solutions-group.

© 2019 Digital Media Solutions, LLC. All Rights Reserved. Digital Media Solutions and its logos are trademarks or registered trademarks of Digital Media Solutions, LLC. All other company and product names referenced herein are the property of their respective owners.



Follow on Twitter Follow on Linkedin Visit Website More Content by Digital Media Solutions

- ⬚

# **EXHIBIT C**



Get High-Performance Insuran
https://digitalmediasolutions.com/insurance-info?utm_term=dms%20insurance&utm_campaign=insurance&utm_source=adwords&...
Relativity Move Next Log in to Veritext E... Reading list

DMS Insurance™ connects the nation's leading insurance providers and agents with customers and near customers.

- Technology-enabled and data-driven digital insurance advertising
- High-intent consumers matched with insurance agents and providers
- DMS supports top insurance providers and agents
- Operationalized compliance delivers peace of mind

The DMS toolset, inclusive of our first-party data asset, proprietary technology, expansive digital media reach and data-driven processes, helps insurance advertisers de-risk their advertising spend while scaling their customer bases.

CONTACT DMS

90°F Sunny 4:24 PM 10/28/2021

The DMS Toolset | The Foundat
https://digitalmediasolutions.com/toolset
Relativity Move Next Log in to Veritext E... Reading list

## DMS First-Party Data Asset

Through the investment of billions of dollars in media spend since the inception of DMS, we grew and continue to enhance our first-party data asset of consented and known consumers.

- Insights and signals put the right message in front of the right consumer at the right time and place
- Audience knowledge creates value for consumers by allowing us to serve relevant ads and provide easier access to options, promotions and savings
- Consumer intelligence enhances marketing ROI for advertiser clients by identifying, engaging and converting high-intent consumers

CONTACT DMS

90°F Sunny 4:26 PM 10/28/2021

**<u>EXHIBIT D</u>**









# DMS Proprietary Technology

Our proprietary, end-to-end advertising technology suite was developed in-house by DMS and is continually advanced to meet the targeting, tracking and optimization needs of our team, our advertiser clients and our publisher partners.

- DMS proprietary technology connects advertisers with publishers and consumers, tracking digital performance advertising data in real time and offering valuable insight into campaign performance

- Sophisticated AI and BI interprets consumer signals to understand audiences and predict behaviors

- DMS Voice integrated telephony system offers enhanced connectivity and efficiency alongside end-to-end transparency and measurability

- The DMS suite of SaaS technology, including Aimtell™ for re-engagement marketing, Mastodon™ for click campaigns, Sparkroom™ for lead management and campaign attribution and ZipQuote the marketing needs of insurance agents, supports the messaging, engagement, monetization and measurement needs of top digital advertisers

CONTACT DMS

# DMS Expansive Digital Media Reach

At DMS, we tap into our data signals to target high-intent audiences where they spend their time and when they are ready to take action. Our expansive digital media reach, encompassing social media, search, display and programmatic, email, connected TV and Aimtells, touches approximately 70% of U.S. adults.

# **<u>EXHIBIT E</u>**



On November 1, Digital Media Solutions® (DMS) acquired UE.co, including ZipQuote and the Mastodon Click Platform. Effective immediately, we have rebranded to DMS Insurance.

Digital Media Solutions, LLC (DMS): the largest single entry point for scalable and reliable people-based marketing solutions, deploys a robust database of consumer intelligence and leverages massive proprietary media distribution to provide customer acquisition campaigns that grow businesses. offer visibility into the customer experience and provide accountability for every media dollar spent.

GO TO DIGITALMEDIASOLUTIONS.COM

IT'S YOUR JOURNEY

**<u>EXHIBIT F</u>**

**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | UE AUTHORITY, CO. |

| | |
|---|---|
| Entity (File) Number: | C3116317 |
| File Date: | 06/17/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GU13855 |

**Detailed Filing Information**

1. Entity Name:

   UE AUTHORITY, CO.

2. Business Addresses:

   a. Street Address of Principal Office in California:

   225 Broadway, Suite 2200
   San Diego, California 92101
   United States of America

   b. Mailing Address:

   225 Broadway, Suite 2200
   San Diego, California 92101
   United States of America

   c. Street Address of Principal Executive Office:

   225 Broadway, Suite 2200
   San Diego, California 92101
   United States of America

3. Officers:

   a. Chief Executive Officer:

   Joseph   Marinucci
   225 Broadway, Suite 2200
   San Diego, California 92101
   United States of America

   b. Secretary:

   n/a  n/a
   225 Broadway, Suite 2200
   San Diego, California 92101
   United States of America

Document ID: GU13855

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

           n/a  n/a
           225 Broadway, Suite 2200
           San Diego, California 92101
           United States of America

4.  Director:

           Joseph   Marinucci
           225 Broadway, Suite 2200
           San Diego, California 92101

Number of Vacancies on the Board of
Directors:                   United States of America
                   0

5.  Agent for Service of Process:

           UNIVERSAL REGISTERED AGENTS,
           INC. (C3775216)

6.  Type of Business:

           Insuretech Company

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   Joe Marinucci

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GU13855

# **EXHIBIT G**



LEWIS
BRISBOIS
LEWIS BRISBOIS BISGAARD & SMITH LLP

Daniel C. DeCarlo
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Dan.DeCarlo@lewisbrisbois.com
Direct: 213.680.5066

May 20, 2021

File No. 47527.02

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL (info@kleinmoynihan.com)**
**Fed Ex Tracking Number - 787409085400**

Digital Media Solutions, LLC (www.free-insurance-quotes.us)
C/O Klein Moynihan
Turco LLP
ATTN: copyright attorneys
450 Seventh Avenue, 40th Floor
New York, NY 10123
United States

Re:    Trademark Infringement and False Advertising Re INSURANCE KING ® against
       Digital Media Solutions, LLC- free-insurance-quotes.us

Dear Sir/Madam:

We represent Insurance King Agency, Inc., who is the owner of the trademark INSURANCE
KING®, which is registered with the United States Patent and Trademark Office as registration
number No. 4,628,341 ("the Mark"). The Mark is registered for "Insurance brokerage services," and
has a first date of use at least as early as year 2000 and was registered on October 28, 2014. It is,
therefore, a strong, longstanding mark and well-established in the insurance services industry. This
registration is also incontestable pursuant to §15 of the Lanham Act (15 U.S.C. §1065).

We write to you[1] because we have recently become aware that you are bidding on
Insurance King Agency, Inc.'s Mark INSURANCE KING via Google Adwords and displaying false
advertisements on the resulting Ads generated from such a search. Accessing one of these false
ads, leads a consumer to your website, free-insurance-quotes.us http://www.free-insurance-
quotes.us/#formPage_1 ("The Website"). It is our understanding that Digital Media Solutions, LLC
(DMS) owns or controls The Website. We have obtained the identification of the various terms that

---

[1] This notice is sent to Klein Moynihan Turco LLP as it is the entity identified in the Terms and
Conditions of The Website as being the agent for DMCA purposes. See section 15 http://auto.free-
insurance-quotes.us/terms.php. While this is not a DMCA notification, we would presume that you
represent DMS for other purposes as well and is why we are directing this inquiry to your
attention. If in fact you are not DMS' counsel for matters related to our letter, please advise us
immediately as to who we should direct this inquiry to.

Digital Media Solutions, LLC
May 20, 2021
Page 2

DMS bids on through Google's Adwords Pay Per Click (PPC) program which appear to run into the hundreds. Our client is referenced several times as a search term, including for "insurance king rockford il", "kings insurance" and "king insurance" ("The Search Terms"). As such, there is no doubt that DMS is targeting customers searching for our client. While we appreciate that bidding on another's trademark for Adwords purposes is not, in and of itself, problematic, when that targeting is coupled with deceptive ads designed to funnel traffic to competitors of our client, such is indeed a trademark infringement and false advertising. We are aware that DMS invests millions per month in its Adwords purchases and we have developed evidence to suggest our client has been deprived of hundreds of thousands of dollars in lost revenue from web users who have searched for our client and been misled by DMS PPC search ads into purchasing insurance through entities the consumers believed were our client.

Your usage of INSURANCE KING in the text of the ads (which again, are landed on when consumers enter The Search Terms into a google search) is likely to cause confusion with our client and thus constitutes trademark infringement and false designation and false advertising. We note that you offer a host of insurance brokerage services that are identical to the services offered by our client. More information about the services offered by our client can be found on the website, https://www.insuranceking.com/. Your false paid advertisements provides consumers with a false association, specifically that your company is offering our client's services for purchase when in fact your company does not offer our client's services for sale and has no affiliation with our client. The use of INSURANCE KING in the false PPC ads appear to be intended to unlawfully capitalize on the success and consumer recognition of Insurance King Agency, Inc.' Mark. Your use of INSURANCE KING thus constitutes a violation of Insurance King Agency, Inc.'s trademark rights and will likely create consumer confusion as to the source of the products in violation of the Lanham Act, including 15 U.S.C. §1114 and §1125(a), and as well as other common law trademark laws. As a violator of these laws and statutes, you may be liable for claims which provide for damages to our client in the form of actual, treble damages, and disgorgement of all profits derived by you from the activity. We may also be entitled to attorneys' fees and costs and will be able to attain a court-ordered injunction against further infringement. See 15 U.S.C. §1117.

Below is an example of your infringing usages of the Mark:

Digital Media Solutions, LLC
May 20, 2021
Page 3



Note that after entering "Insurance King" into the search bar, that the user is brought to the above ad which not only makes a false association with our client, (even the URL includes "king"- an obvious and additional signal to consumers) but also offers a $19 per month auto insurance quote. We have found no evidence to suggest that you in fact offer car insurance for $19 per month as advertised.

Please accept this letter as our client's notice that you must cease and desist from the above identified unlawful conduct immediately. Our client is committed to enforcing its rights and should you fail to adhere to the demand set forth here, our client will be forced to file suit. You should be advised that historically, our client has enforced its rights through litigation when its initial informal efforts were not successful. See for example the case of *Insurance King Agency, Inc. v.*

Digital Media Solutions, LLC
May 20, 2021
Page 4


*Accurate Insurance Services, Inc. et al.*, USDC Northern District of Illinois, Case No. 20-cv-50023 and Insurance King Agency v. Just Auto USDC Central District of California Case No. 20-05944.

At this time, our client does not want your money. Rather, our client wants you to simply cease engaging in your infringing and unlawful activity. However, if you don't comply with our demands, we will have no choice but to take formal enforcement actions against you. If we are forced to do this, we will insist on being paid. Now is the time to agree to a resolution to avoid greater expense and disruption later. Please provide us within ten (10) days of receipt of this letter with written assurances that you will adhere to these conditions.

Very truly yours,

*/s/ Daniel C. DeCarlo*

Daniel C. DeCarlo of
LEWIS BRISBOIS BISGAARD & SMITH LLP

DCD



KLEIN
MOYNIHAN
TURCO LLP

450 7th Avenue, 40th Floor, New York, NY 10123
kleinmoynihan.com · 212.246.0900

ATTORNEYS AT LAW

## CONFIDENTIAL SETTLEMENT COMMUNICATIONS
## FEDERAL RULE OF EVIDENCE 408

May 21, 2021

**Via Electronic Mail (Dan.DeCarlo@lewisbrisbois.com):**

Daniel C. DeCarlo, Esq.
Lewis Brisbois Bisgaard & Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071

      Re:    INSURANCE KING

Dear Mr. DeCarlo:

This letter acknowledges receipt of your correspondence of May 20, 2021 ("Correspondence") addressed to Digital Media Solutions, LLC ("DMS").

Please be advised that we respectfully disagree with the allegations set forth in your correspondence that our client infringed upon the intellectual property rights of Insurance King Agency, Inc. ("Insurance King"). Notwithstanding the foregoing, as a professional courtesy and in the interest of resolving this matter, please be advised that our client is no longer using "Insurance King" in connection with any website or Google Adwords. In addition, any and all Insurance King-related content has been removed from our client's advertising and marketing.

We trust that the foregoing adequately addresses your concerns. Please be advised that this writing is intended to resolve a legal dispute and is not intended as a complete recitation of the factual and/or legal issues addressed in your correspondence. This letter is not an admission of any fact or allegation, and all rights, both legal and equitable, are expressly reserved.

Thank you for your attention to this matter.

Sincerely,

John C. Dore

{00130121;1}

## Kiddé, Thomas

| | |
|---|---|
| **From:** | DeCarlo, Dan <Dan.DeCarlo@lewisbrisbois.com> |
| **Sent:** | Tuesday, May 25, 2021 2:20 PM |
| **To:** | John Dore |
| **Cc:** | dklein@kleinmoynihan.com |
| **Subject:** | RE: Insurance King- Digital Media Solutions  47527-02 |
| **Attachments:** | DMS Response - Insurance King - May 21 2021.pdf; Insurance King - Insurance King Agencys Cease And Desist Letter To Digital Media Solutions LLC With FedEx Confirmation.pdf; IMG_4475.JPG |

Mr. Dore, thank you for your May 21, 2021 letter which I have attached for convenience.  You were responding to my May 20, 2021 letter, which I have also attached for convenience.

You state in your May 21 letter that your client, "is no longer using "Insurance King" in connection with any website or Google Adwords."  Your representation, unfortunately, is not accurate.  Please see attached a screen shot from a search done today for "insuranceking" in Google that generated a deceptive ad generated from your client.  The add states falsely in response to the query, "Save with Insuranceking-Lowest Insurance Quotes".  Your client is not Insurance King, does not represent Insurance King in any manner and is not in fact able to assist consumers with saving with Insurance King.  Your client's most recent behavior is a violation of the Lanham Act as a trademark infringement, false designation and false advertisement.  See 15 USC 1114 and 1125(a)(1)(A) and (B).

While we are deeply troubled by your client's deceptive conduct especially in light of your previous representation that such conduct had ceased, our client is still willing to forego any further action against your client if the unlawful practices outlined in our May 20, 2021 letter cease immediately.

Please confirm that your client will cease its unlawful conduct.

We reserve all rights.

Regards.


**From:** John Dore <jdore@kleinmoynihan.com>
**Sent:** Friday, May 21, 2021 12:49 PM
**To:** DeCarlo, Dan <Dan.DeCarlo@lewisbrisbois.com>
**Cc:** David O. Klein <dklein@kleinmoynihan.com>
**Subject:** [EXT] Insurance King

**Caution:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr. DeCarlo:

This firm serves as corporate and intellectual property counsel to Digital Media Solutions, LLC. Please find the attached letter.

## Kiddé, Thomas

| | |
|---|---|
| **From:** | DeCarlo, Dan <Dan.DeCarlo@lewisbrisbois.com> |
| **Sent:** | Wednesday, June 2, 2021 5:09 PM |
| **To:** | John Dore |
| **Subject:** | RE: Insurance King- Digital Media Solutions  47527-02 |
| **Attachments:** | IMG_4654.JPG; IMG_4656.JPG |

Mr. Dore, this is really quite frustrating and the attached can only be explained by either abject incompetence by your client or, as is more likely, a willful intent to mislead consumers to my client's detriment.  It is also appears your client is giving you incorrect information.  The attached are screen shots from today.  As you can see a search for "insurance king auto" on google returned a paid ad by your client with the false statement "save with King Auto Insurance".  The false ad then directs consumers to the auto.free-insurance-quotes.us website which is your client Digital Media Solutions website.

This will be our final warning, if these false advertisements and trademark infringements do not immediately cease, we will then require a monetary payment to compensate our client for the continuing unlawful conduct of your client.

We reserve all rights.

**From:** John Dore <jdore@kleinmoynihan.com>
**Sent:** Tuesday, June 1, 2021 2:16 PM
**To:** DeCarlo, Dan <Dan.DeCarlo@lewisbrisbois.com>
**Cc:** David O. Klein <dklein@kleinmoynihan.com>
**Subject:** [EXT] Re: Insurance King- Digital Media Solutions 47527-02

Mr. DeCarlo,

We have been advised by our client that "InsuranceKing" has been removed from all advertising.

Regards,

John

**From:** DeCarlo, Dan <Dan.DeCarlo@lewisbrisbois.com>
**Sent:** Tuesday, May 25, 2021 5:19 PM
**To:** John Dore <jdore@kleinmoynihan.com>
**Cc:** David O. Klein <dklein@kleinmoynihan.com>
**Subject:** RE: Insurance King- Digital Media Solutions 47527-02

Mr. Dore, thank you for your May 21, 2021 letter which I have attached for convenience.  You were responding to my May 20, 2021 letter, which I have also attached for convenience.

1