**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSURANCE KING AGENCY, INC., | Case No. 21-cv-01539-BAS-DEB |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR STIPULATED PERMANENT INJUNCTION (ECF No. 42)** |
| DIGITAL MEDIA SOLUTIONS, LLC, *et al.*, | |
| Defendants. | |

Before the Court is the parties' Joint Motion for stipulated permanent injunction. (ECF No. 42.) Plaintiff—an insurance broker specializing in low-cost automobile insurance policies—sued Defendants for federal and state law claims including trademark infringement, false advertising, and unfair competition. (ECF No. 1.) The parties have now agreed to a stipulated permanent injunction. (ECF No. 42.) Pursuant to the parties' Joint Motion and having considered the filings in this action, the Court finds the following:

1. The Court has jurisdiction of the subject matter of this case and jurisdiction over the parties, and venue in this district is proper;

2. The parties agree that this permanent injunction is binding in form and scope pursuant to Federal Rule of Civil Procedure 65(d);

3. For purposes of this stipulated permanent injunction, the First Amended Complaint states a claim upon which relief may be granted;

21cv1539

4. This permanent injunction can properly be entered in this action; and

5. This permanent injunction does not constitute an admission by Defendants that they engaged in any wrongdoing.

Accordingly, it is hereby stipulated by the parties and **ORDERED** that: Defendants are restrained and enjoined from bidding on the following search terms in search engine advertising (such as Google Adwords, Yahoo, and/or Bing): "king(s) insurance(s)" by itself or coupled with any other words, "insurance king(s)" by itself or coupled with any other words, "king(s) of(for)(a) insurance(s)" by itself or coupled with any other words, and "insurance(s) of (for)(a) king" by itself or coupled with any other words.

Absent written objection from either party by September 29, 2022, the Court will enter the permanent injunction as a final judgment in this action and close the case. The Court will retain jurisdiction to enforce the permanent injunction.

**IT IS SO ORDERED.**

**DATED: September 16, 2022**

Hon. Cynthia Bashant
United States District Judge

21cv1539