

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INSURANCE KING AGENCY, INC., | Case No. 21-cv-01539-BAS-DEB |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| DIGITAL MEDIA SOLUTIONS, LLC, *et al.*, | |
| Defendants. | |

Having granted the parties' Joint Motion for stipulated permanent injunction and in the absence of written objection from any party during the specified period (ECF No. 43), this Court enters Final Judgment, resolving all claims in the operative First Amended Complaint (ECF No. 24), in accordance with its Order entered September 16, 2022 (ECF No. 43) as follows:

The Court **ORDERS** the following permanent injunction: Defendants are restrained and **ENJOINED** from bidding on the following search terms in search engine advertising (such as Google Adwords, Yahoo and/or Bing): "king(s) insurance(s)" by itself or coupled with any other words, "insurance king(s)" by itself or coupled with any other words, "king(s) of(for)(a) insurance(s)" by itself or coupled with any other words, "insurance(s) of (for)(a) king" by itself or coupled with any other words.

- 1 -

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**


DATED: October 3, 2022

Hon. Cynthia Bashant
United States District Judge