**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INSURANCE KING AGENCY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DIGITAL MEDIA SOLUTIONS, LLC, *et al.*, <br><br> Defendants. | Case No. 21-cv-01539-BAS-DEB <br><br> **ORDER AMENDING FINAL JUDGMENT** |

Before the Court is the parties' Stipulated Order of Dismissal with Prejudice. (ECF No. 45.) This Stipulation was filed after the Court issued its Final Order (ECF No. 44), and as a result, the Court construes it as a joint motion to amend the final judgment. The Court **GRANTS** the motion (ECF No. 45). Accordingly, the Court adds the following to its previous Final Judgment (ECF No. 44): The Court **ORDERS** that the parties shall bear their own costs and attorneys' fees, including any costs associated with posting a bond in connection with the injunction entered in this action. The Final Judgment is otherwise unaltered, and the case remains closed.

**IT IS SO ORDERED.**

**DATED: October 26, 2022**

**Hon. Cynthia Bashant**
**United States District Judge**

- 1 -